No. 42145.—Protest 957783-G of Frank P. Dow Co. Inc. (Seattle).

Opinion by KEEFE, J. It was established that the fuses in question are not safety fuses and could not be used in mining or blasting or any other operations

where safety fuses are essential in setting off explosives. It was admitted that they are in chief value of paper. They were therefore held dutiable at 35 percent under paragraph 1413.